BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BELVIQ (Lorcaserin) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL Docket No.: ____ |

MOTION TO TRANSFER ACTIONS TO THE EASTERN DISTRICT
OF LOUISIANA PURSUANT TO 28 U.S.C. § 1407 FOR
CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 USC § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Movants STEPHANIE FULLER, ROBERT FULLER, DEBORAH STEINMAN, REUBEN STEINMAN, MILDRED SMITH, PAMELA PUSKAS, MICHAEL PUSKAS, JENNIFER REYNOLDS-SITZER, KENNETH SITZER, DEBORAH CRAWFORD, BRADLEY TREY CRAWFORD. MARYANN KAYLOR AND WILLARD KAYLOR, JR. (collectively, "Movants")[1] respectfully request transfer and coordination for pretrial purposes of all currently filed cases identified in the annexed Schedule of Actions, as well as any cases subsequently filed involving similar facts or claims ("tag along cases"), to the United States District Court for the Eastern District of Louisiana.

There are currently thirteen (13) actions ("Actions") pending in twelve (12) different judicial districts/divisions throughout the United States, alleging similar wrongful conduct on the part of Defendants relating to the pharmaceutical drug Belviq. Movants respectfully submit that transfer for pretrial consolidation and coordination is proper and necessary for the following reasons:

---

[1] *Fuller, et al. v. Eisai, Inc, et al.,* 2:20-cv-01675; *Steinman, et al. v. Eisai, Inc, et al.,* 1:20-cv-02608; *Smith v. Eisai, Inc, et al.,* 5:20-cv-01278; *Puskas, et al. v. Eisai, Inc, et al,* 5:20-cv-00868.; *Kaylor, et al v. Eisai, Inc, et al.,* 5:21-cv-00058; *Reynolds-Sitzer, et al. v. Eisai, Inc, et al.,* 1:21-cv-00145; *and Crawford, et al. v. Eisai, Inc, et al.,* 2:21-cv-02439.

1. These Actions allege numerous causes of action relating to the defective drug, Belviq, created, developed, researched, manufactured, marketed, promoted and sold by the Defendants. The claims include, but are not limited to, failure to warn, design defect, manufacturing defect, breach of warranty, and claims associated with conduct that imposes liability with the marketing and sales of Belviq.

2. There are currently thirteen (13) actions pending in twelve (12) districts/divisions asserting similar claims.  In particular, cases have been filed in Louisiana, Eastern District (New Orleans); New York, Eastern District (Brooklyn); Florida, Middle District (Tampa); Florida, Middle District (Orlando); Florida, Middle District (Ocala); Alabama, Northern District (Huntsville); Louisiana, Western District (Shreveport); Oklahoma, Western District (Oklahoma City); Missouri, Western District (Kanas City), New York, Northern District (Utica); District of New Jersey (Newark); and New York, Southern District (White Plains).   Upon information and belief, Counsel for Movants anticipate that multiple additional complaints will be filed in the near future.

3. Each of the Actions arise out of the same or similar nucleus of operative facts, and all arise out of the same or similar alleged wrongful conduct.

4. Each of the Actions will involve the resolution of the same or similar questions of fact and law, as they all arise from Defendants' same and similar wrongful conduct.

5. Discovery conducted in each of the Actions will be substantially similar and will involve the same documents and witnesses, because each Action arises from the same or similar nucleus of operative facts.  Therefore, no prejudice or inconvenience will result from the transfer, coordination and consolidation of the related actions to the Eastern District of Louisiana.

For the reasons stated above, as well as in more detail in the accompanying Memorandum in Support, the transfer, coordination and consolidation of the Actions and subsequent tag along cases to the Eastern District of Louisiana will promote the efficient administration of the Actions.

Accordingly, Movants respectfully requests that the actions noted on the annexed Schedule of Actions be transferred to the Eastern District of Louisiana.

Dated: April 12, 2021  
    New York, New York

Respectfully Submitted,  
**DOUGLAS & LONDON, P.C.**

*/s/ Michael A. London*  
MICHAEL A. LONDON (ML-7510)  
59 Maiden Lane, Sixth Floor  
New York, New York 10038  
Ph: (212) 566-7500  
Fax: (212) 566-7501  
Email: mlondon@douglasandlondon.com  
*Attorneys for Plaintiffs Stephanie Fuller, Robert Fuller, Deborah Steinman, Reuben Steinman, Mildred Smith, Pamela Puskas, Michael Puskas, Jennifer Reynolds-Sitzer, Kenneth Sitzer, Deborah Crawford, Bradley Trey Crawford, Maryann Kaylor and Willard Kaylor, Jr.*