# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: BELVIQ (Lorcaserin HCl)
PRODUCTS LIABILITY LITIGATION

MDL Docket No.: 3005

## NOTICE OF APPEARANCE
## SCHEDULE OF ACTIONS

| CASE CAPTION | DISTRICT COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| 1. *Stephanie Fuller and Robert Fuller v. Eisai Inc., Eisai Co., Ltd., Arena Pharmaceuticals GmbH, and Arena Pharmaceuticals, Inc.* | Eastern District of Louisiana | 2:20-cv-01675 | Judge Lance M. Africk |
| 2. *Deborah Steinman and Reuben Steinman v. Eisai, Inc., Eisai Co., Ltd., Arena Pharmaceuticals GmbH, and Arena Pharmaceuticals, Inc.* | Eastern District of New York | 1:20-cv-02608 | Judge Ann M. Donnelly |
| 3. *Mildred Smith v. Eisai, Inc., Eisai Co., Ltd., Arena Pharmaceuticals GmbH, and Arena Pharmaceuticals, Inc.* | Northern District of Alabama | 5:20-cv-01278 | Judge Liles C. Burke |
| 4. *Pamela Puskas and Michael Puskas v. Eisai, Inc., Eisai Co., Ltd., Arena Pharmaceuticals GmbH, and Arena Pharmaceuticals, Inc.* | Western District of Oklahoma | 5:20-cv-00868 | Judge Scott L. Palk |
| 5. *Maryann Kaylor and William Kaylor, Jr. v. Eisai, Inc. and Arena Pharmaceuticals, Inc.* | Western District of Louisiana | 5:21-cv-00058 | Judge Elizabeth E. Foote |
| 6. *Jennifer Reynolds-Sitzer and Kenneth Sitzer v. Eisai, Inc. and Arena Pharmaceuticals, Inc.* | Northern District of New York | 1:21-cv-00145 | Judge David N. Hurd |
| 7. *Deborah Crawford and Bradley Trey Crawford v. Eisai, Inc. and Arena Pharmaceuticals, Inc.* | District of New Jersey | 2:21-cv-02439 | Judge Susan D. Wigenton |